

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| United States of America | | Case No. 18-3410 JMC |
|---|---|---|
| v. | | |
| Amanda M. Merrill | | Filed Under Seal |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Sarah Derrane, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this Affidavit in support of an application for an arrest warrant. Your affiant, along with other investigators, is conducting an investigation of Kevin Merrill (KEVIN) and his wife Amanda Merrill (AMANDA). As stated in the details below, there is probable cause to believe that AMANDA has committed violations of: (1) 18 U.S.C. Section 2232(a), Removal Of Property To Prevent Seizure; (2) 18 U.S.C. Section 1512 (c), Corruptly Obstructing, Influencing and Impeding Any Official Proceeding Or Attempting To Do So; (3) 18 U.S.C. Section 401(3), Disobedience Or Resistance To Lawful Court Orders; and (4) 18 U.S.C. Section 371, Conspiracy To Defraud The United States And Violate The Statutes Named Above.

### AGENT BACKGROUND

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed with the FBI since January 2018. From September 2018 until the present, I have been assigned to investigate violations of federal law involving a range of complex financial criminal violations. I have received training on financial crimes and asset forfeiture. I have also

1



worked and consulted with FBI Paralegal Specialists who have expertise in asset forfeiture, liens and restraining orders.

3. Through my training and experience, I have become familiar with the methods and techniques used by criminals to commit economic crimes, such as wire fraud and identity theft, and how those criminals conceal and store information and assets derived from such criminal activity.

4. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from witnesses and other law enforcement officers. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATEMENT OF PROBABLE CAUSE

**Investigation Overview**

*Execution of Arrest and Search Warrants*

5. On September 11, 2018, KEVIN was indicted in the United States District Court for the District of Maryland for violations of Conspiracy to Commit Wire Fraud (18 U.S.C. § 1349), Wire Fraud (18 U.S.C. § 1343), Identity Theft (18 U.S.C. § 1028A), Money Laundering Conspiracy (18 U.S.C. § 1956(h)), Financial Transactions Over $10,000 in Criminally Derived Property (18 U.S.C. § 1957(a)). *United States v. Kevin B. Merrill, et al*, Criminal No. RDB-18-0465. The Indictment included a forfeiture allegation against KEVIN for $39 million, six properties, 25 cars, a boat, an interest in an aircraft, an insurance policy and jewelry. ECF 1. The properties included 1848 Circle Road, Towson, MD, and 1055 Spyglass Lane, Naples, FL. An arrest warrant was issued.



6. On September 18, 2018, KEVIN was arrested at his residence at 1848 Circle Road, Towson, Maryland. Agents conducted a search of the property pursuant to a search warrant signed by U.S. Magistrate Judge Mark Coulson. On September 20, 2018, KEVIN appeared before U.S. Magistrate Judge A. David Copperthite and was ordered detained as a risk of flight. On October 26, 2018, KEVIN appeared before United States District Court Judge Richard D. Bennett and was again ordered detained as a risk of flight and a risk of obstruction of justice.

7. Through review of the Indictment and participation in the investigation, and execution of the search and seizure warrant on September 18, 2018 at KEVIN and AMANDA's residence at 1848 Circle Road, Towson, Maryland, your affiant became aware of the lifestyle that KEVIN and AMANDA had been living prior to KEVIN's arrest. Their expenditures include, but are not limited to, purchases of over twenty high-end luxury vehicles, including Ferraris, Lamborghinis, Rolls Royces, a Bugatti, a Pagani, a Range Rover and multiple Cadillac Escalades; real estate purchases and renovations of six properties in Maryland and Florida costing millions of dollars; and purchases of expensive designer watches, jewelry, clothing, purses and accessories, and collectibles such as comic books, art, wine, and sports memorabilia. KEVIN also purchased an expensive boat, a share in a private jet, traveled extensively in the United States and internationally, and frequented casinos. Since the detention of KEVIN on September 20, 2018, additional vehicles have been identified as being purchased with the funds derived from the scheme KEVIN used to defraud investors.

8. AMANDA is currently residing at the 1848 Circle Road, Towson, Maryland. At the conclusion of the execution of the search and seizure warrant, on September 18, 2018, at the 1848 Circle Road, Towson, Maryland, FBI Agents provided AMANDA with a receipt of items taken and asked her to disclose any information that would assist Agents in locating items not



collected at the residence. AMANDA was also counseled by FBI Agents to be completely truthful and forthcoming with her answers and warned against attempting to hide or move assets.

### *Securities and Exchange Commission Civil Case*

9. On or about September 13, 2018, the Securities and Exchange Commission (SEC) brought a civil enforcement action against KEVIN, other persons and entities, and KEVIN's entities; Global Credit Recovery, LLC; Delmarva Capital, LLC; Rhino Capital Holdings, LLC; and Rhino Capital Group, LLC; in United States District Court for the District of Maryland. Civil No. RDB-18-02844.

10. On or about September 13, 2018, a Temporary Restraining Order Freezing Assets and Granting Other Emergency Relief (Restraining Order) was signed by United States District Court Judge Richard D. Bennett. ECF 9. Section IV, "Order Freezing Assets," of the Restraining Order, stated, "All funds and other assets held, managed, owned or controlled, whether directly or indirectly, by Defendants or the entities they own or control, including any assets acquired after the date of this Order are hereby frozen." ECF 9. The SEC mailed, via certified mail, this Restraining Order to AMANDA on or about September 19, 2018 at 1848 Circle Road, Towson, Maryland, and it was emailed to her counsel, Steven H. Levin, on or about September 20, 2018.

11. The Restraining Order was extended, ECF 22, and on or about October 4, 2018 was turned into the Preliminary Injunction Order Freezing Assets and Granting Other Relief, which stated: "It is further ordered that, pending further order of this Court, the asset freeze imposed by Section IV of the Temporary Restraining Order Freezing Assets and Granting Other Emergency Relief entered by the Court of September 13, 2018... shall continue in full force and effect, and the assets of Defendants (KEVIN B. MERRILL, et al.) and the assets of the entities Defendants own or control, including any assets acquired after the date of this Order, shall remain frozen."

ECF 28. The Orders froze all funds and assets owned by KEVIN and the entities he controlled including, Global Credit Recovery, LLC; Delmarva Capital, LLC; Rhino Capital Holdings, LLC; and Rhino Capital Group, LLC and have been continuously in effect since September 18, 2018. ECF 9, 22, 28.

*Jail Calls*

12. Beginning on September 20, 2018, while incarcerated at The Chesapeake Detention Facility, Baltimore, Maryland ("CDF") KEVIN began making phone calls. All calls placed by inmates at this facility are recorded and monitored; the facility advises all parties on a call of the recordation and monitoring at the beginning of each call. Your affiant began reviewing all calls placed by KEVIN to outside parties for the purpose of identifying ongoing criminal activity, including possible obstruction of justice through hiding assets subject to the restraining orders or influencing witness' testimony.

13. Many calls placed by KEVIN from CDF were to the cell phone number ███-█-9828, which your affiant knows based on database searches, and listening to phone calls, belongs to and is used by AMANDA. Your affiant was present while AMANDA spoke with FBI Agents on September 18, 2018, after the execution of the search and seizure warrant at her residence, and also spoke directly with AMANDA on September 21, 2018 while at her residence. Based on these encounters, your affiant is familiar with the sound of AMANDA's voice and was able to identify it as the one heard on the jail calls associated with cell phone number, ███-9828. During these calls, KEVIN and AMANDA made reference to their home, their marriage, and their children, giving your affiant further confirmation that the voice associated with cell phone number, ███-███-9828, called by KEVIN was AMANDA's.

5

14. During your affiant's review of these calls, certain conversations relating to assets and the restraining orders stood out as possibly needing further review. While discussing these matters, KEVIN and AMANDA would become vague and used language your affiant believes was intended to conceal the subject matter of their conversation from a third party.

15. On October 13, 2018, AMANDA took a plane trip to Naples, Florida, as shown by Southwest Airline records and video from BWI Airport, and went to the property 1055 Spyglass Lane, Naples. Earlier in 2018, KEVIN and AMANDA purchased this house for over $10 million and titled in their names. During a call from KEVIN to AMANDA's cell phone, the following exchange took place:

Amanda: *"I'm just leaving, like any second, I should be there around noon."*

Kevin: *"Okay, at the restaurant?"*

Amanda: *"Yeah"*

16. When KEVIN called AMANDA back a few hours later, a male voice could be heard in the background of the call, AMANDA told KEVIN that "▮▮" said *"hi,"* revealing the identity of the voice as ▮▮▮▮▮, AMANDA's brother-in-law. (▮▮▮ later confirmed his involvement with AMANDA on this trip in an interview with a FBI Special Agent and Assistant United States Attorney.) KEVIN told AMANDA he just wanted to make sure AMANDA got in, and then confirmed that she had gotten into the "restaurant," stating that it was KEVIN's biggest fear that she would not have been able to get in. Referring to the home as the "restaurant" is an example of KEVIN and AMANDA's efforts to conceal the subject matter of their conversation. The following exchange then took place

Kevin: *"Okay, want to check the other thing, while you've got me on the phone?"*

6

18-3410 JMC

KEVIN and AMANDA then discussed that it was ███'s first time at the "restaurant" and KEVIN hoped ███ was not *"freaked out."*

Amanda: *"So you think 'C' first?"*

Kevin: *"Yeah, if it's the bottom left, yeah."*

Amanda: *"Alright, hold on. Then star, or no?"*

Kevin: *"No, then just the numbers."*

Amanda: *"No."*

Kevin: *"Um, is, is there a 'C' to the left of the zero… what's, try, what's to the left of the zero?"*

Amanda: *"The 'C'."*

Kevin: *"So if you hit, if you hit, um the zero first, does it beep at all, or is it quiet?"*

Amanda: *"It beeps."*

Kevin: *"Okay, try that and then the 'C,' go that direction then, try it that way."*

Amanda: *"The zero, then the 'C.'"*

Kevin: *"No zero, 7421."*

Amanda: *"Alright, okay, okay. (Pause) No"*

Kevin: *"Alright, try it, the 'C' first but then in succession, do it without hesitation."*

Amanda: *"No."*

Kevin: *"Fuck (Pause), um."*

Amanda: *"There's a pound on the right hand side."*

Kevin: *"I don't think that's it. Um (Pause). I'm trying to think in my head."*

Amanda: *"I don't know how many times to try it, or it's just gonna…"*

Kevin: *"It might, yeah, if you, um, okay so you tried just the straight numbers?"*

7

18-3410 JMC

> Amanda: *"Well when I hit the first number it doesn't do anything, it won't make a noise... I have to hit the."*
>
> Kevin: *"Yeah, I mean that's the way it worked, it would, it would (sigh)... When you did the numbers, and didn't hit the 'C' and then you hit the 'C' at the end did it beep at all or just was quiet the whole time?"*
>
> Amanda: *"You have to hit the pound key."*
>
> Kevin: *"You got it?"*
>
> Amanda: *"Yeah."*
>
> Kevin: *"I knew it had to be one or the other but I was afraid to tell you to hit the pound, it might lock it up."*

The conversation continued after:

> Amanda: *"Some little stuff, (Pause) it's something I guess."*
>
> Kevin: *"Well the other stuff is valuable."*
>
> Amanda: *"Yeah, anything else?"*
>
> Kevin: *"Look in the drawers... Tell ▮ I said thanks."*

Your affiant believes KEVIN and AMANDA were discussing the combination to the safe in the Naples, Florida house while AMANDA was present in the house and actually opening the safe. KEVIN refers to the safe as "the other thing" in an effort to conceal the subject of his conversation. (Your affiant knows from having seen and personally used safes that the number pad on the front commonly has numbers one through nine in three rows, with a zero in the middle of the fourth row and next to a "C" "*" (star) or "#" (pound). These safes also commonly require a number input followed by the "#" (pound) for the safe to unlock.) After the input of the code and

8



success of AMANDA once she *"got it,"* the reference to *"stuff"* and *"valuables"* indicated that there were items in the safe that AMANDA took possession of once it was opened.

17. Video footage obtained from BWI Airport security for October 13, 2018, consistent with the return of AMANDA from Naples, FL, revealed AMANDA arriving at a gate in the airport terminal, and exiting toward the baggage claim area. AMANDA was rolling a carry-on bag and holding a large purse. AMANDA then waited at a baggage claim carousel where video footage revealed AMANDA lifting two large grey colored suitcases from the carousel, AMANDA then exited the airport with the two large suitcases, the carry-on bag and the purse.

18. Review of American Express statements, obtained pursuant to a Grand Jury Subpoena, revealed that the Platinum Card ending in 7-81016, belonging to AMANDA MERRILL, also showed not only the purchase of Southwest plane tickets for AMANDA and ███'s flights, but also two further Southwest Airline charges on October 13, 2018. The two October 13, 2018, charges were each for $75.00, from Fort Myers SW Florida to BWI. Southwest Airlines had confirmed that each of the $75 charges were for overweight luggage.

19. On November 1, 2018, FBI Special Agents executed a second search warrant on 1848 Circle Road, Towson, Maryland, to seize evidence of AMANDA's trip to Florida and her removal of assets from the Naples house, in violation of the restraining orders. During this search, agents discovered approximately $15,378 in cash, $8,878 of which was found in a purse located in AMANDA's bedroom, the rest was found in a closet drawer. Also found during the search were two large gray suitcases, labeled with the "Tumi" brand. These suitcases were tagged with AMANDA's name, "BWI" and Southwest Airlines overweight baggage tags. These suitcases were found empty, but are a match to the suitcases seen in the BWI security video and the overweight baggage fees charged to AMANDA's card.

20. On November 6, 2017, a search warrant was executed on the property located at 1055 Spyglass Lane, Naples, Florida. During the execution of the search warrant, FBI Special Agents used the transcription of the October 13, 2018 phone call set forth above between KEVIN and AMANDA to attempt to gain access to a safe located within the residence. Agents were able to successfully gain access to the safe based upon the instructions KEVIN provided AMANDA.

21. On November 27, 2018, ▇▇▇▇, in the presence of his attorney, was interviewed by an FBI Special Agent. During this interview, ▇▇▇▇ confirmed that ▇▇▇▇ had traveled to Naples, Florida, with AMANDA, with the intention of entering the residence at 1055 Spyglass Lane, Naples, Florida. ▇▇▇▇ also revealed that AMANDA accessed the safe in the residence, removed an unidentified sum of cash from the safe and placed it directly in the purse AMANDA was carrying on her person. AMANDA instructed ▇▇▇▇ to not reveal the contents of the safe, and informed ▇▇▇▇ that she intended to tell her attorney that she had found the safe empty.

22. On October 30, 2018, a different attorney for AMANDA, wrote a letter directed to "Government, SEC, and Receiver" which was transmitted by email, including to the United States Attorney's Office. According to AMANDA's counsel's letter, AMANDA and her companion on the trip, ▇▇▇▇, went to the Naples, Florida house and further stated that (1) the unlocked safe at the residence was empty, (2) they returned Comcast equipment from the residence and (3) they packed six boxes of clothing, shoes, toiletries, children's clothes. During the search on November 1, 2018 agents found, and opened the six boxes mentioned by AMANDA's counsel and found the contents as listed in the letter. AMANDA's counsel made no mention of any other items removed or of AMANDA's overweight checked baggage with Southwest Airlines.[1]

---

[1] Your affiant does not suspect the attorney of wrongdoing; instead, your affiant believes that AMANDA made false statements to her attorney, which is consistent with what AMANDA told ▇▇▇▇ were her intentions.



### Harford County Jail Visit

23. On or about November 6, 2018, the United States Marshal Service transferred KEVIN from CDF to Harford County Detention Facility (HCF). Your affiant continued to monitor KEVIN's telephone conversations with AMANDA's cell phone for discussions related to obstruction of justice.

24. On December 5, 2018, AMANDA visited KEVIN at the HCF. Your affiant has reviewed an audio recording of their conversation. Inmates and guests at Harford County Jail are warned that all their conversations are subject to monitoring and recordation. KEVIN was clearly agitated and upset from the start of the conversation. KEVIN discussed a note that he attempted to bring to the visit. KEVIN informed AMANDA that he was searched while on his way to the visitation area, and a note he had intended to hold up to the glass for her had been confiscated by the guard. During the visit KEVIN stated *"I was giving you instructions to do things because you're not getting any instructions."* AMANDA stated that: *"I just have to play that they know everything, and I can't do it,"* KEVIN replied. *"I know and you haven't."*

25. KEVIN stated that the contents of the confiscated note were related to his golf clubs, wine, artwork, cash, and an "X5" vehicle. KEVIN's reaction to the letter being confiscated was, *"they're going to say I'm obstructing or some bullshit."* AMANDA responded *"oh they want to get me on that, I mean they can come back in and look the golf clubs will be there."* AMANDA also stated that she had started to pack up her clothes but did not intend to remove them from the house.

26. On December 5, 2018, the HCF provided a copy, via email, of the note which had been concealed in KEVIN's sock. The note was written only in capital letters. It read:

*"-FUCK THEM-THEY HAVE TAKEN ENOUGH! GET STUFF OUT BEFORE RECEIVER COMES OR ASKS*

11

*-MOVE VALUABLE STUFF TO GARAGE- PULL JEEP AND TRUCK IN- LOAD IT TAKE TO MY MOMS OR SHOP.*

*-HAVE YOUR DAD TAKE MY GOLF CLUBS TO GOLF GALAXY AND SELL THEM- THEY WILL BUY*

*– B'MORE BETTY- MY STUFF- BELTS, SHOES, BACK PACKS*

*- HIDE CASH OR CHECKS OR GIVE TO YOUR MOM OR MY MOM- DON'T LEAVE ANYTHING OUT*

*– DRINK GOOD WINE IN SUB ZERO'S- REPLACE WITH SHIT WINE IN BASEMENT* ☺

*TAKE YETI COOLERS ÷ SOFT ONES UNDER CABINETS IN GARAGE*

*RHINO PIC IN GARAGE – MONOPOLY? – ART IN UPSTAIRS BEDROOM?*

*I SIGNED AGREEMENT TO NOT APPEAL FOR RELEASE SO THEY DON'T FILE OBSTRUCTION AGAINST YOU*

*– I THINK YOU NEED TO MOVE TO YOUR MOMS UNTIL WE GET ANSWERS AT LEAST TEMPORARILY?? DOGS-*
*-JUST LIKE YOUR DADS TRUCK -> TELL DIANE FBI WANTS X5- BRING IT TO YOU WITH SIGNED TITLE BY GEORGE'S MOM. YOU THEN CAN SELL IT- IF SHE OBJECTS TELL HER YOU WILL SHOW THEM PICS OF HER GOING THROUGH STUFF AND GIVE THEM HER INFO."*

27. Your affiant knows that the reference to "get stuff out before receiver comes or asks" is a reference to the court-appointed receiver in Civil No RDB 18-02844 because the receiver has been complying with court orders to seize and conserve assets from the businesses operated by MERRILL and his co-defendants and from MERRILL.

28. Through open source searches, it was discovered that "B'more Betty" is a high end consignment shop located in Baltimore. In a previous call between AMANDA and KEVIN, on October 14, 2018, KEVIN mentioned *"his side"* and *"his stuff"* to AMANDA. AMANDA then replied and asked if KEVIN meant *"the lady."* KEVIN confirmed that is what he was referring to. KEVIN then stated that the situation with *"the lady"* was *"a good situation"* and it was *"safe and*

*all that stuff...with security."* On October 17, 2018, on a call from KEVIN to AMANDA, KEVIN asked AMANDA if she had heard from *"Betty."* AMANDA initially replied that she had never spoken to *"Betty"* before, but then after a pause laughed, as though she realized what he was referring to, then responded that she intended to go see *"Betty"* but *"Betty"* was only home Wednesday to Friday. Initially it was unclear who *"Betty"* was but the letter confiscated from KEVIN at HCF made it apparent that *"Betty"* was a reference to "B'more Betty" the consignment shop. The instructions from KEVIN with the list of his "stuff" makes it apparent that KEVIN was directing AMANDA to sell items from their residence at 1848 Circle Road, Towson Maryland.

29. Your affiant understands the reference to the "Monopoly" artwork to be items previously seen during search warrants executed at 1848 Circle Road, Towson Maryland. The "Monopoly" artwork featured multiple pieces which depicted the brand's mascot "Rich Uncle Pennybags" and were located in the downstairs living room and garage.

30. KEVIN's reference to his "stuff" to include belts, shoes and back packs are believed to be related to KEVIN and AMANDA's purchases from designer Louis Vuitton. Bank records and credit card statements, obtain pursuant to a Grand Jury Subpoena, revealed that KEVIN and AMANDA spent approximately $800,000 on Louis Vuitton branded items from 2013-2018. On a call placed from KEVIN to AMANDA, on September 29, 2018, KEVIN mentioned that there was "LV" in his closet. "LV" is the common abbreviation for Louis Vuitton and the "LV" logo appears on their merchandise.

31. In response to KEVIN's statements on December 5, 2018, AMANDA stated: *"I'm not going to do any of that"*, *"they're listening to everything, we just have to remember that"* and *"I couldn't have done any of it anyway....they know everything."*

*Conclusion*

18-3410 JMC

32. Based on the facts set forth herein, I respectfully submit that there is probable cause to believe that AMANDA prior to December 5, 2018, committed violations of: 18 U.S.C. Section 2232(a): Removal Of Property To Prevent Seizure; 18 U.S.C. Section 1512 (c): Corruptly Obstructing, Influences Or Impeding Any Official Proceeding Or Attempting To Do So; 18 U.S.C. Section 401(3): Disobedience Or Resistance To Lawful Court Orders; 18 U.S.C. Section 371: Conspiracy To Defraud The United States And Violate The Statutes Named Above, through her removal of property from the Naples, Florida address, false statements to the government through counsel, encouraging a witness to make false statements, and other actions. Therefore, I request the issuance of a criminal complaint and an arrest warrant.

33. Your Affiant has signed this document under oath as to all assertions and allegations contained herein and states that its contents are true and correct to the best of her knowledge.

Sarah Derrane, Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me this _____ day of _____ 2018.

~~Stephanie A. Gallagher~~ J. MARK COULSON
United States Magistrate Judge

FILED _____ ENTERED
LOGGED _____ RECEIVED

DEC 11 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY